UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HYH'NES HIDIYAH BAKRI,                  *
                                        *
        Plaintiff,                      *
                                        *
        v.                              *    Civil Action No. 1:25-cv-12807-IT
                                        *
CRUZ MANAGEMENT COMPANY,                *
INCORPORATED, et al.,                   *
                                        *
        Defendants.                     *

MEMORANDUM AND ORDER

May 14, 2026

TALWANI, D.J.

Plaintiff Hyh'nes Hidiyah Bakri, proceeding *pro se*, has initiated an action in this court

against multiple Defendants.

Summonses were issued on October 21, 2025, and the court advised Bakri that service

must be completed within ninety days. See Order ¶ 4 [Doc. No. 9]; see also Notice to Pl. [Doc.

No. 10] (providing a copy of Local Rule 4.1 to Bakri). The U.S. Marshals Service subsequently

filed receipts attesting to service of numerous Defendants at the various addresses provided by

Bakri, including with respect to Defendants Jessica Rojas, Benjamin Sostek, and Soraya

Dominguez on November 4, 2025. See U.S. Marshal Process Receipts and Returns [Doc. Nos.

13, 14, 15].

On December 1, 2025, Bakri filed a Motion for Default Judgment [Doc. No. 35]

asserting, inter alia, that Defendants Rojas, Dominguez, and Sostek were "officially served by

the United States Marshal on November 4, 2025" but failed to respond. Id. at 2.

On February 25, 2026, in a detailed Memorandum and Order [Doc. No. 47], the court explained that service was insufficient where Bakri had provided the U.S. Marshals Service with Rojas, Dominguez, and Sostek's purported work addresses, rather than their home addresses, and denied Bakri's Default Motion [Doc. No. 35]. See Mem. & Order 5–6 [Doc. No. 47] (citing, inter alia, Federal Rule of Civil Procedure 4 and Massachusetts Rule of Civil Procedure 4). The court allowed Bakri an additional thirty days to properly serve Defendants Rojas, Dominguez, and Sostek, warning Bakri that "[f]ailure to complete service within thirty days w[ould] likely result in the dismissal of this action without prejudice as to Defendants Rojas, Dominguez, and Sostek." Id. at 5.

The docket reflects no further efforts by Bakri to re-serve these three Defendants. Where well over thirty days have passed since the court's February 25, 2026 Memorandum and Order [Doc. No. 47], Bakri's Amended Complaint [Doc. No. 7] is DISMISSED without prejudice as to Defendants Rojas, Dominguez, and Sostek.

IT IS SO ORDERED.

May 14, 2026                                      /s/ Indira Talwani
                                                 United States District Judge

2